TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00456-CR

Sonia Borrego, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW OF TOM GREEN COUNTY

NO. 99-02361, HONORABLE DAVID B. READ, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: August 31, 2000

Do Not Publish